UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

```
-----------------------------------------------X
UNITED STATES                     :
                                  :
     v.                           :    Case:  1:14-cr-00030-BAH
                                  :
FLORENCE BIKUNDI                  :
                                  :
-----------------------------------------------X
```

## FLORENCE BIKUNDI'S RENEWED RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL

Florence Bikundi, through undersigned counsel, hereby renews her Motion for Judgment of Acquittal for Counts 1, 2, 13-22 pursuant to the Federal Rules of Criminal Procedure 29. The reasons supporting this Motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated:  December 7, 2015                           Respectfully submitted,

/s/ William R. Martin
William R. Martin (# 465531)
Sasha Hodge-Wren (# 976342)
Miles & Stockbridge, P.C.
1500 K Street, NW
Suite 800
Washington, DC 20005
(202) 465-8424 (Hodge-Wren)
bmartin@milesstockbridge.com
shodgewren@milesstockbridge.com

*Counsel for Florence Bikundi*