## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

-----------------------------------------------X

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case:  1:14-cr-00030-BAH |
| | : | |
| **FLORENCE BIKUNDI** | : | |
| | : | |

-----------------------------------------------X

## FLORENCE BIKUNDI'S MOTION FOR NEW TRIAL

Florence Bikundi, through undersigned counsel, hereby moves this Honorable Court pursuant to Federal Rule of Criminal Procedure 33 to enter an order for a new trial with respect to Counts 1, 2, 13-22, for which the jury returned a guilty verdict.

Dated:  December 7, 2015                                          Respectfully submitted,

/s/ William R. Martin
William R. Martin (# 465531)
Sasha Hodge-Wren (# 976342)
Miles & Stockbridge, P.C.
1500 K Street, NW
Suite 800
Washington, DC 20005
(202) 465-8424 (Hodge-Wren)
bmartin@milesstockbridge.com
shodgewren@milesstockbridge.com

*Counsel for Florence Bikundi*