# EXHIBIT A

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX000379 Total | 23,743 | $96,801.04 | $97,263.40 |
| XX000602 Total | 23,999 | $97,824.04 | $99,944.00 |
| XX000914 Total | 17,733 | $72,300.23 | $73,977.76 |
| XX001011 Total | 2,848 | $11,605.60 | $12,388.00 |
| XX005193 Total | 22,848 | $93,156.00 | $94,069.12 |
| XX005236 Total | 24,864 | $101,341.76 | $103,856.32 |
| XX006308 Total | 12,360 | $50,389.72 | $50,389.72 |
| XX006530 Total | 9,156 | $37,310.72 | $38,076.00 |
| XX006553 Total | 3,904 | $15,908.80 | $16,169.60 |
| XX007526 Total | 2,784 | $11,344.80 | $11,344.80 |
| XX008894 Total | 4,928 | $20,081.60 | $20,081.60 |
| XX009932 Total | 6,944 | $28,296.80 | $28,818.40 |
| XX011361 Total | 2,592 | $10,562.40 | $10,562.40 |
| XX012037 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX013990 Total | 2,552 | $10,399.44 | $10,692.80 |
| XX014963 Total | 576 | $2,347.20 | $2,347.20 |
| XX014980 Total | 24,832 | $101,216.96 | $103,203.36 |
| XX016139 Total | 24,094 | $98,224.16 | $99,942.40 |
| XX016669 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX017313 Total | 18,464 | $75,264.80 | $76,568.96 |
| XX017388 Total | 3,968 | $16,169.60 | $16,169.60 |
| XX020345 Total | 24,446 | $99,654.88 | $101,376.00 |
| XX020699 Total | 2,592 | $10,562.40 | $10,562.40 |
| XX024066 Total | 7,392 | $30,122.40 | $31,296.00 |
| XX031738 Total | 12,480 | $50,871.04 | $51,783.84 |
| XX032688 Total | 17,710 | $72,200.42 | $73,064.80 |
| XX033913 Total | 2,688 | $10,953.60 | $10,953.60 |
| XX034223 Total | 6,464 | $26,340.80 | $26,340.80 |
| XX034339 Total | 21,708 | $88,501.18 | $92,052.08 |
| XX034572 Total | 2,520 | $10,269.00 | $10,269.00 |
| XX034640 Total | 19,935 | $81,268.32 | $82,966.56 |
| XX034648 Total | 2,816 | $11,475.20 | $11,475.20 |
| XX034798 Total | 3,360 | $13,692.00 | $13,692.00 |
| XX035017 Total | 12,086 | $49,263.86 | $50,217.12 |
| XX035059 Total | 17,664 | $71,998.40 | $73,051.68 |
| XX035259 Total | 17,024 | $69,389.60 | $69,780.80 |
| XX035356 Total | 5,600 | $22,820.00 | $22,820.00 |
| XX035487 Total | 19,544 | $79,672.69 | $82,211.86 |
| XX035567 Total | 22,446 | $91,478.13 | $92,759.84 |
| XX036075 Total | 16,870 | $68,762.40 | $69,519.12 |
| XX036157 Total | 24,192 | $98,621.92 | $100,592.96 |
| XX036991 Total | 5,732 | $23,357.90 | $24,189.20 |
| XX03XX16 Total | 12,482 | $50,879.20 | $51,914.32 |
| XX037102 Total | 3,136 | $12,779.20 | $12,779.20 |
| XX037236 Total | 4,896 | $19,951.20 | $19,951.20 |
| XX037392 Total | 5,472 | $22,298.40 | $22,298.40 |

GOVERNMENT EXHIBIT
U.S. v. BIKUNDI
No. 439
14-cr-00030 (BAH)

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX037406 Total | 5,472 | $22,298.40 | $22,298.40 |
| XX037445 Total | 23,808 | $97,055.20 | $99,548.16 |
| XX037634 Total | 24,357 | $99,296.08 | $101,441.64 |
| XX037842 Total | 20,256 | $82,585.28 | $83,628.64 |
| XX038103 Total | 13,760 | $56,072.00 | $57,376.00 |
| XX038148 Total | 22,144 | $90,274.88 | $90,802.08 |
| XX038255 Total | 1,728 | $7,041.60 | $7,824.00 |
| XX040035 Total | 7,392 | $30,122.40 | $30,252.80 |
| XX040360 Total | 24,676 | $100,579.84 | $102,941.76 |
| XX040483 Total | 5,504 | $22,428.80 | $22,428.80 |
| XX040838 Total | 4,384 | $17,864.80 | $17,864.80 |
| XX042542 Total | 4,480 | $18,256.00 | $18,908.00 |
| XX042578 Total | 4,320 | $17,604.00 | $19,168.80 |
| XX042956 Total | 24,032 | $97,968.80 | $99,678.88 |
| XX043354 Total | 3,360 | $13,692.00 | $13,692.00 |
| XX044377 Total | 24,768 | $100,955.36 | $103,202.40 |
| XX044XX5 Total | 24,338 | $99,204.23 | $101,377.60 |
| XX044955 Total | 21,440 | $87,402.40 | $90,025.76 |
| XX045689 Total | 16,800 | $68,475.68 | $68,997.28 |
| XX046196 Total | 13,254 | $54,027.40 | $54,393.72 |
| XX047956 Total | 24,803 | $101,099.12 | $104,573.56 |
| XX052640 Total | 3,136 | $12,779.20 | $12,779.20 |
| XX053081 Total | 22,400 | $91,324.64 | $94,195.20 |
| XX055237 Total | 12,422 | $50,632.68 | $51,860.04 |
| XX056485 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX060427 Total | 22,720 | $92,605.12 | $93,542.56 |
| XX061320 Total | 14,528 | $59,214.44 | $61,646.14 |
| XX061434 Total | 24,864 | $101,361.60 | $103,203.04 |
| XX061560 Total | 24,575 | $100,185.76 | $102,029.92 |
| XX062344 Total | 3,872 | $15,778.40 | $15,778.40 |
| XX062557 Total | 17,184 | $70,043.34 | $71,200.50 |
| XX062786 Total | 16,486 | $67,213.97 | $68,462.68 |
| XX062849 Total | 24,288 | $99,012.64 | $101,376.80 |
| XX062882 Total | 16,128 | $65,737.28 | $66,519.68 |
| XX062936 Total | 17,741 | $72,324.68 | $73,586.40 |
| XX063289 Total | 17,742 | $72,338.29 | $73,064.80 |
| XX063390 Total | 7,456 | $30,383.20 | $31,556.80 |
| XX063483 Total | 7,191 | $29,302.74 | $32,600.00 |
| XX063XX3 Total | 22,013 | $89,720.08 | $90,541.76 |
| XX063833 Total | 18,272 | $74,488.56 | $76,424.64 |
| XX064912 Total | 17,024 | $69,389.60 | $70,432.80 |
| XX065251 Total | 17,384 | $70,830.48 | $73,356.72 |
| XX065558 Total | 17,751 | $72,365.31 | $73,978.24 |
| XX065791 Total | 23,583 | $96,148.32 | $98,111.84 |
| XX066111 Total | 5,600 | $22,820.00 | $22,820.00 |
| XX066598 Total | 17,312 | $70,564.64 | $70,955.84 |

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX066919 Total | 4,032 | $16,430.40 | $16,430.40 |
| XX067189 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX067600 Total | 3,488 | $14,213.60 | $14,213.60 |
| XX067849 Total | 24,639 | $100,430.72 | $104,248.00 |
| XX067966 Total | 16,415 | $66,925.65 | $67,711.84 |
| XX068095 Total | 2,816 | $11,475.20 | $11,475.20 |
| XX068781 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX069183 Total | 13,225 | $53,900.51 | $54,124.64 |
| XX069441 Total | 4,080 | $16,626.00 | $16,626.00 |
| XX069466 Total | 20,513 | $83,627.27 | $85,751.52 |
| XX069512 Total | 4,448 | $18,125.60 | $18,386.40 |
| XX069570 Total | 3,808 | $15,517.60 | $15,517.60 |
| XX069724 Total | 4,448 | $18,125.60 | $18,125.60 |
| XX069902 Total | 2,880 | $11,736.00 | $12,388.00 |
| XX069930 Total | 16,127 | $65,731.20 | $66,516.80 |
| XX0XX117 Total | 16,512 | $67,300.64 | $68,866.24 |
| XX0XX645 Total | 3,136 | $12,779.20 | $12,779.20 |
| XX071888 Total | 18,751 | $76,434.40 | $77,222.24 |
| XX071988 Total | 3,584 | $14,604.80 | $14,604.80 |
| XX072365 Total | 17,740 | $72,330.14 | $73,717.60 |
| XX073022 Total | 18,344 | $74,784.30 | $76,277.90 |
| XX073103 Total | 13,887 | $56,620.36 | $57,244.80 |
| XX073247 Total | 18,408 | $75,041.56 | $77,696.76 |
| XX073916 Total | 5,312 | $21,646.40 | $22,298.40 |
| XX074122 Total | 21,331 | $86,945.80 | $90,246.52 |
| XX075068 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX078105 Total | 4,704 | $19,168.80 | $19,820.80 |
| XX078301 Total | 2,880 | $11,736.00 | $12,127.20 |
| XX079452 Total | 8,704 | $35,468.80 | $36,512.00 |
| XX082606 Total | 8,848 | $36,076.40 | $36,272.08 |
| XX083620 Total | 21,600 | $88,070.40 | $89,768.32 |
| XX087450 Total | 14,102 | $57,488.07 | $58,703.36 |
| XX088058 Total | 2,752 | $11,214.40 | $11,214.40 |
| XX088182 Total | 9,088 | $37,033.60 | $38,468.00 |
| XX088818 Total | 8,496 | $34,640.00 | $34,705.28 |
| XX089082 Total | 22,592 | $92,082.88 | $93,672.80 |
| XX089142 Total | 17,225 | $70,230.11 | $70,976.00 |
| XX089266 Total | 15,604 | $63,622.52 | $64,258.90 |
| XX089632 Total | 17,504 | $71,359.32 | $72,412.80 |
| XX089642 Total | 4,352 | $17,734.40 | $17,734.40 |
| XX089940 Total | 896 | $3,651.20 | $5,476.80 |
| XX089942 Total | 24,863 | $101,342.74 | $103,072.68 |
| XX090050 Total | 21,274 | $86,726.82 | $87,734.20 |
| XX090178 Total | 24,384 | $99,392.48 | $101,638.56 |
| XX091744 Total | 24,672 | $100,564.48 | $101,899.04 |
| XX091916 Total | 4,666 | $19,013.95 | $19,266.60 |

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX092158 Total | 23,933 | $97,566.48 | $99,026.56 |
| XX092388 Total | 24,896 | $101,478.76 | $103,724.80 |
| XX092870 Total | 6,944 | $28,296.80 | $28,688.00 |
| XX093125 Total | 6,327 | $25,781.36 | $27,644.80 |
| XX093351 Total | 3,616 | $14,735.20 | $15,126.40 |
| XX093740 Total | 24,285 | $99,004.00 | $101,507.84 |
| XX093924 Total | 7,808 | $31,817.60 | $32,991.20 |
| XX094191 Total | 14,664 | $59,781.28 | $60,433.28 |
| XX094927 Total | 3,872 | $15,778.40 | $16,300.00 |
| XX095489 Total | 17,663 | $71,980.80 | $73,565.60 |
| XX095563 Total | 2,912 | $11,866.40 | $12,518.40 |
| XX096744 Total | 2,881 | $11,740.08 | $11,801.00 |
| XX096883 Total | 5,536 | $22,559.20 | $22,559.20 |
| XX097875 Total | 6,747 | $27,494.02 | $27,644.80 |
| XX098939 Total | 18,035 | $73,403.20 | $75,798.88 |
| XX099245 Total | 3,712 | $15,126.40 | $15,126.40 |
| XX099350 Total | 3,712 | $15,126.40 | $15,126.40 |
| XX100627 Total | 11,632 | $47,411.00 | $48,064.16 |
| XX100645 Total | 19,232 | $78,399.04 | $80,877.60 |
| XX101728 Total | 24,703 | $100,713.44 | $102,943.04 |
| XX103961 Total | 17,056 | $69,542.72 | $70,325.12 |
| XX104119 Total | 15,744 | $64,166.88 | $68,344.16 |
| XX104525 Total | 16,669 | $67,951.84 | $69,246.08 |
| XX105241 Total | 17,432 | $71,070.24 | $72,119.52 |
| XX106314 Total | 15,340 | $62,536.30 | $63,931.70 |
| XX106863 Total | 19,884 | $81,051.52 | $83,525.36 |
| XX109074 Total | 15,680 | $63,909.44 | $64,691.84 |
| XX109776 Total | 3,136 | $12,779.20 | $12,779.20 |
| XX111392 Total | 15,991 | $65,196.50 | $66,929.92 |
| XX111713 Total | 15,440 | $62,944.20 | $63,442.50 |
| XX111969 Total | 7,088 | $28,899.84 | $28,965.12 |
| XX112529 Total | 15,832 | $64,547.76 | $65,460.56 |
| XX112756 Total | 12,114 | $49,377.35 | $50,086.40 |
| XX113015 Total | 3,420 | $13,936.50 | $13,936.50 |
| XX113710 Total | 8,625 | $35,166.10 | $35,552.20 |
| XX114198 Total | 10,724 | $43,712.52 | $44,120.02 |
| XX115199 Total | 16,096 | $65,604.48 | $66,386.88 |
| XX115530 Total | 21,535 | $87,775.36 | $92,108.00 |
| XX115XX1 Total | 24,157 | $98,493.44 | $100,723.36 |
| XX116494 Total | 2,560 | $10,432.00 | $10,692.80 |
| XX117385 Total | 24,672 | $100,583.04 | $101,898.40 |
| XX117438 Total | 23,296 | $94,971.36 | $96,158.40 |
| XX117476 Total | 8,288 | $33,773.60 | $33,773.60 |
| XX118556 Total | 18,750 | $76,432.32 | $76,961.44 |
| XX118626 Total | 3,072 | $12,518.40 | $12,518.40 |
| XX119523 Total | 6,460 | $26,324.52 | $27,123.20 |

4

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX120047 Total | 14,364 | $58,562.49 | $59,112.16 |
| XX120725 Total | 17,184 | $70,042.56 | $70,955.36 |
| XX122112 Total | 5,780 | $23,553.50 | $23,961.00 |
| XX122282 Total | 24,414 | $99,541.40 | $101,116.48 |
| XX122509 Total | 15,616 | $63,655.04 | $64,699.04 |
| XX122678 Total | 17,742 | $72,331.58 | $73,328.00 |
| XX122739 Total | 24,542 | $100,049.28 | $101,639.04 |
| XX123573 Total | 21,016 | $85,663.08 | $88,476.58 |
| XX123788 Total | 17,681 | $72,091.16 | $73,456.16 |
| XX124729 Total | 18,544 | $75,599.88 | $78,677.40 |
| XX126448 Total | 23,964 | $97,695.36 | $100,187.04 |
| XX126647 Total | 11,048 | $45,056.40 | $45,578.52 |
| XX127202 Total | 3,040 | $12,388.00 | $12,779.20 |
| XX127824 Total | 3,520 | $14,344.00 | $15,517.60 |
| XX129504 Total | 6,240 | $25,428.00 | $25,428.00 |
| XX130807 Total | 24,560 | $100,136.80 | $103,268.16 |
| XX131176 Total | 24,864 | $101,363.52 | $102,289.84 |
| XX134128 Total | 17,732 | $72,298.69 | $73,586.56 |
| XX135318 Total | 7,984 | $32,550.80 | $32,616.00 |
| XX135547 Total | 1,312 | $5,346.40 | $6,389.60 |
| XX135814 Total | 17,819 | $72,650.31 | $75,155.36 |
| XX137442 Total | 18,238 | $74,357.60 | $75,474.04 |
| XX137859 Total | 12,490 | $50,924.03 | $51,372.60 |
| XX139893 Total | 3,584 | $14,604.80 | $14,604.80 |
| XX140901 Total | 6,496 | $26,471.20 | $26,471.20 |
| XX141161 Total | 20,096 | $81,924.00 | $83,090.90 |
| XX142047 Total | 2,689 | $10,957.68 | $11,018.60 |
| XX142356 Total | 2,848 | $11,605.60 | $11,605.60 |
| XX146573 Total | 2,624 | $10,692.80 | $10,692.80 |
| XX148592 Total | 18,176 | $74,106.80 | $76,535.12 |
| XX149108 Total | 23,039 | $93,928.96 | $94,456.80 |
| XX149291 Total | 8,160 | $33,252.00 | $33,773.60 |
| XX149799 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX149960 Total | 7,168 | $29,209.60 | $30,122.40 |
| XX150713 Total | 24,288 | $98,999.04 | $102,682.08 |
| XX151058 Total | 3,808 | $15,517.60 | $15,517.60 |
| XX152858 Total | 6,432 | $26,210.40 | $26,210.40 |
| XX153788 Total | 24,386 | $99,413.92 | $101,505.84 |
| XX154302 Total | 21,469 | $87,508.80 | $89,756.80 |
| XX156772 Total | 16,128 | $65,733.92 | $66,125.12 |
| XX156931 Total | 24,292 | $99,042.84 | $101,670.96 |
| XX157197 Total | 1,920 | $7,824.00 | $8,084.80 |
| XX157512 Total | 13,424 | $54,734.08 | $55,419.00 |
| XX158273 Total | 24,317 | $99,146.24 | $100,854.72 |
| XX158301 Total | 4,599 | $18,740.34 | $18,777.60 |
| XX159027 Total | 12,872 | $52,468.60 | $53,218.32 |

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX159618 Total | 18,048 | $73,570.68 | $76,359.24 |
| XX159762 Total | 24,448 | $99,665.44 | $100,984.96 |
| XX159848 Total | 19,360 | $78,913.45 | $80,888.96 |
| XX162908 Total | 2,592 | $10,562.40 | $10,562.40 |
| XX163802 Total | 10,416 | $42,465.08 | $43,728.48 |
| XX164237 Total | 16,096 | $65,609.44 | $66,652.64 |
| XX164834 Total | 3,040 | $12,388.00 | $12,388.00 |
| XX165841 Total | 14,039 | $57,221.78 | $58,563.04 |
| XX167286 Total | 5,792 | $23,602.40 | $23,602.40 |
| XX168401 Total | 19,352 | $78,884.90 | $80,851.20 |
| XX169279 Total | 24,287 | $99,021.28 | $100,331.20 |
| XX1XX928 Total | 21,408 | $87,238.08 | $88,845.76 |
| XX171315 Total | 13,271 | $54,099.77 | $55,190.40 |
| XX175271 Total | 9,528 | $38,840.03 | $40,681.90 |
| XX175471 Total | 18,506 | $75,438.92 | $76,613.44 |
| XX176100 Total | 7,808 | $31,817.60 | $32,469.60 |
| XX177331 Total | 3,488 | $14,213.60 | $14,344.00 |
| XX177560 Total | 18,121 | $73,872.40 | $75,151.36 |
| XX180781 Total | 17,992 | $73,346.75 | $75,410.56 |
| XX182739 Total | 24,509 | $99,915.68 | $101,375.36 |
| XX184816 Total | 24,608 | $100,316.48 | $104,377.60 |
| XX184841 Total | 2,658 | $10,831.36 | $11,474.80 |
| XX184885 Total | 16,745 | $68,273.31 | $69,019.20 |
| XX186156 Total | 14,491 | $59,083.04 | $60,556.30 |
| XX186344 Total | 22,592 | $92,084.32 | $94,064.00 |
| XX189433 Total | 15,712 | $64,037.92 | $64,820.32 |
| XX191628 Total | 23,500 | $95,812.00 | $99,156.80 |
| XX192162 Total | 5,760 | $23,472.00 | $23,472.00 |
| XX192560 Total | 8,617 | $35,114.27 | $35,860.00 |
| XX193770 Total | 24,416 | $99,520.32 | $102,030.08 |
| XX197371 Total | 22,751 | $92,743.20 | $94,590.08 |
| XX197453 Total | 7,945 | $32,375.87 | $32,991.20 |
| XX197683 Total | 7,584 | $30,904.80 | $31,035.20 |
| XX198037 Total | 16,663 | $67,939.38 | $68,889.44 |
| XX198812 Total | 1,728 | $7,041.60 | $7,302.40 |
| XX198837 Total | 24,862 | $101,351.04 | $103,333.60 |
| XX199745 Total | 22,496 | $91,699.84 | $93,280.80 |
| XX200498 Total | 24,640 | $100,439.04 | $102,291.04 |
| XX201407 Total | 3,240 | $13,203.00 | $13,203.00 |
| XX201577 Total | 19,392 | $79,039.08 | $80,752.64 |
| XX202462 Total | 4,000 | $16,300.00 | $16,300.00 |
| XX203340 Total | 2,848 | $11,605.60 | $13,692.00 |
| XX204036 Total | 13,856 | $56,497.12 | $57,410.08 |
| XX204088 Total | 16,192 | $65,997.28 | $66,910.40 |
| XX204761 Total | 15,600 | $63,581.36 | $64,559.36 |
| XX204988 Total | 15,913 | $64,869.58 | $67,153.88 |

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX208756 Total | 18,198 | $74,117.06 | $76,582.56 |
| XX208885 Total | 12,743 | $51,950.03 | $53,231.88 |
| XX209539 Total | 14,176 | $57,779.84 | $59,344.64 |
| XX209944 Total | 22,752 | $92,766.40 | $94,462.08 |
| XX214195 Total | 8,768 | $35,729.60 | $36,512.00 |
| XX215167 Total | 22,912 | $93,417.12 | $95,112.80 |
| XX216660 Total | 22,592 | $92,092.64 | $93,411.20 |
| XX218487 Total | 17,472 | $71,217.44 | $72,651.84 |
| XX218628 Total | 2,784 | $11,344.80 | $11,344.80 |
| XX223141 Total | 5,984 | $24,384.80 | $24,384.80 |
| XX225461 Total | 24,448 | $99,653.12 | $101,638.72 |
| XX225833 Total | 20,671 | $84,270.88 | $85,056.16 |
| XX226081 Total | 16,768 | $68,225.28 | $69,258.08 |
| XX226384 Total | 22,016 | $89,744.48 | $91,454.72 |
| XX229256 Total | 23,838 | $97,192.48 | $98,765.76 |
| XX229365 Total | 1,216 | $4,956.64 | $6,389.60 |
| XX230580 Total | 14,864 | $60,587.42 | $62,675.14 |
| XX231689 Total | 13,801 | $56,249.11 | $57,648.00 |
| XX236496 Total | 18,336 | $74,749.68 | $77,207.16 |
| XX236805 Total | 4,000 | $16,300.00 | $16,300.00 |
| XX237811 Total | 22,560 | $91,959.68 | $93,158.56 |
| XX238837 Total | 24,768 | $100,954.08 | $103,072.64 |
| XX239692 Total | 18,464 | $75,269.64 | $77,795.28 |
| XX240807 Total | 14,715 | $59,979.78 | $60,782.56 |
| XX241459 Total | 6,496 | $26,471.20 | $27,384.00 |
| XX241939 Total | 2,848 | $11,605.60 | $11,605.60 |
| XX243039 Total | 14,930 | $60,854.15 | $61,432.80 |
| XX243780 Total | 7,811 | $31,842.84 | $32,034.72 |
| XX243919 Total | 2,464 | $10,040.80 | $10,040.80 |
| XX248264 Total | 11,063 | $45,097.40 | $45,990.60 |
| XX249185 Total | 13,816 | $56,316.68 | $57,653.28 |
| XX250869 Total | 1,504 | $6,128.80 | $6,389.60 |
| XX251384 Total | 21,380 | $87,159.54 | $89,618.28 |
| XX252695 Total | 15,568 | $63,451.84 | $66,647.68 |
| XX252961 Total | 5,152 | $20,994.40 | $21,646.40 |
| XX258473 Total | 17,755 | $72,392.51 | $73,977.92 |
| XX259479 Total | 17,502 | $71,348.72 | $72,608.40 |
| XX259892 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX260932 Total | 2,016 | $8,215.20 | $8,215.20 |
| XX263366 Total | 2,880 | $11,736.00 | $11,736.00 |
| XX265369 Total | 24,208 | $98,686.24 | $100,788.32 |
| XX265649 Total | 18,384 | $74,947.12 | $76,784.40 |
| XX265805 Total | 17,120 | $69,802.40 | $70,715.20 |
| XX268341 Total | 18,047 | $73,549.76 | $74,610.88 |
| XX2XX006 Total | 2,080 | $8,476.00 | $10,040.80 |
| XX271001 Total | 14,984 | $61,108.36 | $61,467.40 |

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX271213 Total | 5,376 | $21,907.20 | $21,907.20 |
| XX271676 Total | 24,862 | $101,351.84 | $102,812.00 |
| XX272689 Total | 24,800 | $101,087.04 | $104,768.48 |
| XX273549 Total | 16,736 | $68,199.20 | $69,389.28 |
| XX276997 Total | 1,388 | $5,656.20 | $6,128.80 |
| XX277222 Total | 3,840 | $15,648.00 | $15,648.00 |
| XX277448 Total | 4,288 | $17,473.60 | $17,473.60 |
| XX278180 Total | 18,352 | $74,800.64 | $79,383.20 |
| XX280055 Total | 24,642 | $100,457.52 | $101,701.32 |
| XX282XX8 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX283592 Total | 24,574 | $100,181.44 | $103,204.16 |
| XX283715 Total | 23,519 | $95,883.04 | $97,067.68 |
| XX283989 Total | 6,460 | $26,168.56 | $27,513.60 |
| XX285806 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX287686 Total | 4,992 | $20,342.40 | $20,342.40 |
| XX288135 Total | 16,000 | $65,217.28 | $66,652.64 |
| XX288245 Total | 16,864 | $68,738.40 | $69,651.20 |
| XX290633 Total | 17,360 | $70,758.24 | $72,780.64 |
| XX290856 Total | 16,528 | $67,368.72 | $69,602.52 |
| XX291615 Total | 17,888 | $72,899.84 | $73,828.32 |
| XX292042 Total | 2,848 | $11,605.60 | $11,605.60 |
| XX292500 Total | 23,517 | $95,881.92 | $96,806.88 |
| XX296571 Total | 23,229 | $94,694.24 | $96,805.92 |
| XX296676 Total | 14,312 | $58,343.76 | $59,974.44 |
| XX296713 Total | 24,637 | $100,436.32 | $101,898.72 |
| XX296853 Total | 24,542 | $100,050.88 | $102,160.96 |
| XX297922 Total | 16,645 | $67,860.07 | $73,057.60 |
| XX301207 Total | 4,128 | $16,821.60 | $16,821.60 |
| XX301476 Total | 4,080 | $16,626.08 | $16,952.00 |
| XX301836 Total | 3,040 | $12,388.00 | $12,388.00 |
| XX302736 Total | 1,984 | $8,084.80 | $8,867.20 |
| XX304665 Total | 23,456 | $95,636.16 | $97,725.28 |
| XX310140 Total | 5,984 | $24,384.80 | $25,428.00 |
| XX310924 Total | 18,632 | $75,968.32 | $77,240.76 |
| XX311177 Total | 17,025 | $69,416.85 | $71,564.86 |
| XX314275 Total | 2,656 | $10,823.20 | $10,953.60 |
| XX316230 Total | 5,088 | $20,733.60 | $20,733.60 |
| XX317476 Total | 16,128 | $65,745.12 | $68,745.28 |
| XX317518 Total | 8,960 | $36,512.00 | $37,555.20 |
| XX317570 Total | 2,976 | $12,127.20 | $12,388.00 |
| XX318258 Total | 20,474 | $83,480.73 | $85,431.72 |
| XX319440 Total | 11,771 | $47,980.05 | $50,356.16 |
| XX319559 Total | 9,159 | $37,342.22 | $37,746.28 |
| XX320761 Total | 11,310 | $46,095.73 | $46,691.84 |
| XX320890 Total | 4,428 | $18,044.20 | $19,168.80 |
| XX322367 Total | 2,144 | $8,736.80 | $8,736.80 |

8

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX326018 Total | 23,325 | $95,074.64 | $96,158.08 |
| XX326518 Total | 17,184 | $70,042.40 | $70,955.20 |
| XX32XX67 Total | 5,152 | $20,959.36 | $20,994.40 |
| XX327192 Total | 1,952 | $7,954.40 | $7,954.40 |
| XX327XX1 Total | 224 | $912.80 | $912.80 |
| XX328XX3 Total | 18,696 | $76,212.16 | $81,367.36 |
| XX328746 Total | 22,272 | $90,794.40 | $92,239.68 |
| XX329190 Total | 23,965 | $97,696.88 | $98,765.76 |
| XX329363 Total | 3,808 | $15,517.60 | $16,430.40 |
| XX329465 Total | 3,360 | $13,692.00 | $13,692.00 |
| XX329524 Total | 3,808 | $15,517.60 | $15,517.60 |
| XX330835 Total | 6,944 | $28,296.80 | $28,818.40 |
| XX331041 Total | 19,904 | $81,144.08 | $81,582.60 |
| XX332887 Total | 3,424 | $13,952.80 | $13,952.80 |
| XX333384 Total | 17,746 | $72,336.80 | $76,046.64 |
| XX333489 Total | 16,704 | $68,105.92 | $69,019.04 |
| XX335390 Total | 3,104 | $12,648.80 | $12,648.80 |
| XX335622 Total | 6,231 | $25,390.74 | $25,428.00 |
| XX336492 Total | 3,360 | $13,692.00 | $13,692.00 |
| XX337751 Total | 4,032 | $16,430.40 | $16,952.00 |
| XX338495 Total | 14,336 | $58,434.24 | $58,695.04 |
| XX338904 Total | 2,400 | $9,780.00 | $9,780.00 |
| XX339683 Total | 15,648 | $63,775.52 | $64,297.12 |
| XX339965 Total | 24,351 | $99,272.64 | $103,855.20 |
| XX343017 Total | 16,664 | $67,934.04 | $70,713.00 |
| XX344134 Total | 24,367 | $99,321.36 | $103,267.80 |
| XX344214 Total | 8,928 | $36,381.60 | $37,033.60 |
| XX34XX27 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX348023 Total | 17,728 | $72,271.14 | $74,500.48 |
| XX348286 Total | 12,875 | $52,494.00 | $53,101.80 |
| XX350699 Total | 17,365 | $70,803.97 | $72,411.84 |
| XX351757 Total | 15,136 | $61,690.88 | $62,342.88 |
| XX352301 Total | 17,216 | $70,194.40 | $70,976.96 |
| XX352499 Total | 3,136 | $12,779.20 | $13,040.00 |
| XX356392 Total | 17,710 | $72,202.29 | $74,108.00 |
| XX357676 Total | 3,040 | $12,388.00 | $12,388.00 |
| XX358390 Total | 24,160 | $98,486.04 | $99,421.60 |
| XX358985 Total | 15,936 | $64,951.68 | $65,603.68 |
| XX359476 Total | 22,993 | $93,734.99 | $97,067.20 |
| XX361634 Total | 8,704 | $35,488.40 | $35,553.60 |
| XX364174 Total | 2,882 | $11,744.64 | $11,866.48 |
| XX364557 Total | 22,846 | $93,129.12 | $93,412.32 |
| XX366000 Total | 9,152 | $37,294.40 | $37,294.40 |
| XX367637 Total | 4,919 | $20,044.34 | $20,081.60 |
| XX368247 Total | 20,712 | $84,446.42 | $86,583.24 |
| XX369129 Total | 16,900 | $68,883.98 | $70,892.44 |

9

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---|---|---|
| XX371399 Total | 22,925 | $93,446.38 | $95,370.40 |
| XX372308 Total | 24,832 | $101,231.84 | $102,811.76 |
| XX373786 Total | 9,344 | $38,076.80 | $38,076.80 |
| XX374725 Total | 16,741 | $68,234.96 | $69,321.96 |
| XX374894 Total | 15,296 | $62,345.60 | $62,606.40 |
| XX379648 Total | 8,832 | $35,990.40 | $37,164.00 |
| XX379952 Total | 24,415 | $99,538.40 | $102,160.00 |
| XX382XX9 Total | 20,432 | $83,312.16 | $84,552.12 |
| XX383898 Total | 7,154 | $29,152.55 | $30,644.00 |
| XX384210 Total | 7,104 | $28,948.80 | $29,731.20 |
| XX386045 Total | 5,408 | $22,037.60 | $22,820.00 |
| XX388736 Total | 5,824 | $23,732.80 | $23,732.80 |
| XX393491 Total | 4,448 | $18,125.60 | $18,125.60 |
| XX394500 Total | 16,946 | $69,091.80 | $70,848.16 |
| XX394692 Total | 24,512 | $99,926.24 | $102,681.12 |
| XX400482 Total | 21,536 | $87,800.64 | $90,018.88 |
| XX401964 Total | 17,120 | $69,788.40 | $71,529.00 |
| XX402941 Total | 2,848 | $11,605.60 | $11,605.60 |
| XX407134 Total | 2,984 | $12,159.92 | $14,474.40 |
| XX407471 Total | 860 | $3,504.50 | $3,504.50 |
| XX409675 Total | 16,640 | $67,860.32 | $69,557.44 |
| XX409886 Total | 5,440 | $22,168.00 | $22,298.40 |
| XX410451 Total | 6,560 | $26,732.00 | $26,732.00 |
| XX414870 Total | 18,172 | $74,092.04 | $76,832.64 |
| XX415599 Total | 4,224 | $17,212.80 | $17,212.80 |
| XX416105 Total | 4,256 | $17,343.20 | $18,125.60 |
| XX417923 Total | 24,672 | $100,560.96 | $108,295.68 |
| XX420541 Total | 17,002 | $69,318.86 | $70,325.28 |
| XX420577 Total | 2,656 | $10,823.20 | $11,736.00 |
| XX428643 Total | 11,136 | $45,390.40 | $46,172.80 |
| XX432515 Total | 4,448 | $18,125.60 | $18,386.40 |
| XX433104 Total | 24,447 | $99,649.60 | $103,205.28 |
| XX437254 Total | 17,582 | $71,677.17 | $72,281.60 |
| XX439093 Total | 5,600 | $22,820.00 | $23,602.40 |
| XX445484 Total | 24,830 | $101,222.92 | $103,073.60 |
| XX447493 Total | 21,469 | $87,536.40 | $89,373.28 |
| XX447560 Total | 2,880 | $11,736.00 | $11,736.00 |
| XX447626 Total | 4,928 | $20,081.60 | $20,081.60 |
| XX447792 Total | 2,656 | $10,823.20 | $11,475.20 |
| XX450808 Total | 2,752 | $11,214.40 | $11,214.40 |
| XX450821 Total | 17,147 | $69,908.06 | $70,975.52 |
| XX452918 Total | 24,864 | $101,351.24 | $103,204.16 |
| XX455848 Total | 7,328 | $29,861.60 | $30,252.80 |
| XX457448 Total | 13,898 | $56,651.95 | $57,165.48 |
| XX460760 Total | 8,960 | $36,512.00 | $36,512.00 |
| XX462850 Total | 13,369 | $54,509.63 | $55,206.70 |

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX463909 Total | 18,999 | $77,456.46 | $80,686.92 |
| XX465238 Total | 16,992 | $69,259.20 | $70,432.80 |
| XX465776 Total | 2,848 | $11,605.60 | $11,605.60 |
| XX466462 Total | 22,976 | $93,654.72 | $94,848.64 |
| XX467156 Total | 15,393 | $62,663.60 | $63,534.56 |
| XX472592 Total | 13,175 | $53,712.62 | $55,258.00 |
| XX472843 Total | 2,208 | $8,997.60 | $8,997.60 |
| XX474302 Total | 21,792 | $88,631.04 | $90,148.96 |
| XX474736 Total | 21,153 | $86,022.20 | $88,868.30 |
| XX477446 Total | 23,727 | $96,725.44 | $99,091.36 |
| XX477628 Total | 3,008 | $12,257.60 | $12,257.60 |
| XX477807 Total | 2,940 | $11,980.50 | $11,980.50 |
| XX478471 Total | 19,177 | $78,188.35 | $80,107.84 |
| XX479406 Total | 17,088 | $69,651.84 | $70,173.44 |
| XX479845 Total | 4,928 | $20,081.60 | $20,081.60 |
| XX480208 Total | 17,362 | $70,774.78 | $71,433.34 |
| XX480389 Total | 7,360 | $29,992.00 | $31,687.20 |
| XX482979 Total | 12,641 | $51,534.48 | $52,320.28 |
| XX484253 Total | 17,996 | $73,352.02 | $74,989.32 |
| XX485351 Total | 18,823 | $76,724.46 | $78,873.00 |
| XX486890 Total | 4,480 | $18,256.00 | $18,256.00 |
| XX48XX97 Total | 4,480 | $18,256.00 | $18,256.00 |
| XX489006 Total | 5,056 | $20,603.20 | $20,864.00 |
| XX489644 Total | 24,256 | $98,883.52 | $99,811.84 |
| XX503048 Total | 7,392 | $30,122.40 | $30,644.00 |
| XX505834 Total | 21,846 | $89,051.92 | $93,280.80 |
| XX507170 Total | 4,928 | $20,081.60 | $20,212.00 |
| XX507376 Total | 17,733 | $72,301.03 | $73,064.80 |
| XX507880 Total | 10,411 | $42,449.78 | $42,861.60 |
| XX508557 Total | 7,200 | $29,340.00 | $29,731.20 |
| XX509319 Total | 23,232 | $94,699.68 | $97,197.92 |
| XX509484 Total | 100 | $407.50 | $407.50 |
| XX511404 Total | 5,600 | $22,820.00 | $22,820.00 |
| XX512404 Total | 3,040 | $12,388.00 | $12,388.00 |
| XX514125 Total | 2,496 | $10,171.20 | $10,171.20 |
| XX514873 Total | 7,360 | $29,992.00 | $30,122.40 |
| XX516850 Total | 17,697 | $71,960.16 | $72,665.60 |
| XX518548 Total | 24,061 | $98,088.56 | $99,157.44 |
| XX519768 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX523974 Total | 3,072 | $12,518.40 | $12,518.40 |
| XX525786 Total | 13,130 | $53,536.02 | $54,245.72 |
| XX526112 Total | 24,861 | $101,350.40 | $104,248.32 |
| XX526898 Total | 3,400 | $13,855.00 | $13,855.00 |
| XX527361 Total | 2,656 | $10,823.20 | $10,953.60 |
| XX527570 Total | 4,128 | $16,821.60 | $16,821.60 |
| XX528288 Total | 17,257 | $70,360.67 | $71,106.40 |

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX529680 Total | 15,680 | $63,907.20 | $65,602.40 |
| XX531223 Total | 4,160 | $16,952.00 | $18,908.00 |
| XX534247 Total | 13,179 | $53,722.70 | $54,863.48 |
| XX534998 Total | 24,735 | $100,820.16 | $102,681.92 |
| XX535162 Total | 1,504 | $6,128.80 | $6,128.80 |
| XX536509 Total | 8,192 | $33,382.40 | $34,556.00 |
| XX538991 Total | 14,496 | $59,081.28 | $59,342.08 |
| XX542455 Total | 22,500 | $91,708.96 | $93,151.04 |
| XX544203 Total | 2,940 | $11,980.50 | $12,143.50 |
| XX54XX15 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX551780 Total | 3,009 | $12,261.68 | $12,322.60 |
| XX554608 Total | 3,040 | $12,388.00 | $12,388.00 |
| XX555595 Total | 6,576 | $26,802.08 | $27,649.60 |
| XX560454 Total | 22,720 | $92,618.88 | $93,937.60 |
| XX561531 Total | 2,880 | $11,736.00 | $11,736.00 |
| XX563398 Total | 8,736 | $35,599.20 | $35,599.20 |
| XX566147 Total | 17,664 | $72,000.32 | $73,306.08 |
| XX571367 Total | 18,770 | $76,486.49 | $78,344.00 |
| XX575804 Total | 5,152 | $20,994.40 | $20,994.40 |
| XX577315 Total | 5,600 | $22,820.00 | $23,472.00 |
| XX577467 Total | 24,864 | $101,346.72 | $104,899.20 |
| XX581599 Total | 11,760 | $47,940.56 | $49,056.80 |
| XX582226 Total | 24,115 | $98,292.88 | $101,766.52 |
| XX591363 Total | 24,196 | $98,639.76 | $100,723.36 |
| XX591640 Total | 4,928 | $20,081.60 | $20,733.60 |
| XX591925 Total | 23,070 | $94,057.28 | $95,111.84 |
| XX592388 Total | 23,518 | $95,870.84 | $97,590.56 |
| XX594907 Total | 4,928 | $20,081.60 | $20,081.60 |
| XX605260 Total | 15,173 | $61,856.23 | $62,750.40 |
| XX607752 Total | 21,247 | $86,621.59 | $86,762.24 |
| XX609933 Total | 1,900 | $7,742.50 | $7,742.50 |
| XX611827 Total | 4,736 | $19,299.20 | $20,081.60 |
| XX612079 Total | 16,696 | $68,071.84 | $69,506.88 |
| XX612102 Total | 3,584 | $14,604.80 | $14,604.80 |
| XX612242 Total | 2,848 | $11,605.60 | $11,605.60 |
| XX623686 Total | 2,112 | $8,606.40 | $10,823.20 |
| XX628653 Total | 16,304 | $66,455.20 | $68,150.40 |
| XX628790 Total | 23,424 | $95,504.32 | $97,200.32 |
| XX630792 Total | 22,847 | $93,129.44 | $94,848.32 |
| XX632395 Total | 7,726 | $31,482.29 | $32,078.40 |
| XX633827 Total | 15,424 | $62,862.88 | $63,254.08 |
| XX634695 Total | 8,064 | $32,860.80 | $33,382.40 |
| XX645191 Total | 12,809 | $52,206.27 | $53,995.20 |
| XX653865 Total | 4,704 | $19,168.80 | $19,168.80 |
| XX654996 Total | 24,413 | $99,537.60 | $101,507.04 |
| XX665733 Total | 3,104 | $12,648.80 | $12,648.80 |

12

Claims Summary for Dates of service 1/1/2012 - 2/28/2014
For Beneficiaries receiving services in 2/2014

| MEDICAID ID | PAID UNITS | PAID AMOUNT | BILLED AMOUNT |
|---|---:|---:|---:|
| XX684197 Total | 23,677 | $96,523.60 | $97,462.08 |
| XX686129 Total | 5,504 | $22,428.80 | $23,080.80 |
| XX698620 Total | 2,912 | $11,866.40 | $11,866.40 |
| XX699792 Total | 16,059 | $65,470.69 | $66,536.96 |
| 70XX0491 Total | 3,104 | $12,648.80 | $12,648.80 |
| 70XX1149 Total | 3,104 | $12,648.80 | $12,779.20 |
| 70XX2687 Total | 21,373 | $87,001.60 | $87,929.92 |
| 70XX2849 Total | 3,904 | $15,908.80 | $15,908.80 |
| 70XX4812 Total | 2,912 | $11,866.40 | $11,866.40 |
| 70XX5447 Total | 5,824 | $23,732.80 | $23,732.80 |
| XX722313 Total | 13,271 | $54,087.54 | $54,776.80 |
| XX732889 Total | 18,701 | $76,224.88 | $77,757.44 |
| XX734999 Total | 6,608 | $26,927.68 | $27,253.60 |
| XX751864 Total | 8,608 | $35,077.60 | $35,990.40 |
| XX762145 Total | 7,785 | $31,723.29 | $32,730.40 |
| Grand Total | 7,236,852 | $29,498,252.91 | $30,098,828.50 |