**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of December 2015, I caused a true and correct copy of the Florence Bikundi's Motion for New Trial to be served via the Court's Electronic Case Filing system, upon all counsel of record.

      /s/  Sasha Hodge-Wren