# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

-----------------------------------------------X

**UNITED STATES**                 :
                                            :
      **v.**                               :         **Case: 14-cr-00030 (BAH)**
                                            :
**FLORENCE BIKUNDI**         :
                                            :

-----------------------------------------------X

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion for a New Trial it is this _____ day of _____ 2015, ORDERED that the Defendant's Motion is GRANTED.

It is further ORDERED that _____.

SO ORDERED.

_____

Judge Beryl A. Howell

United States District Court
District of Columbia