IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No: 1:14-CR-00030-BAH-1
)
FLORENCE BIKUNDI )
)
Defendant. )
_____)

**PETITION AND REQUEST FOR A HEARING**

FILED
JUN 3 0 2016
Clerk, U.S. District and
Bankruptcy Courts

Florence Bikundi, hereby makes this petition to the identified property in the notice of Forfeiture Order and Attachment A on behalf of Global Health Therapy Services, Inc., Global Therapeutic Center, Inc. and Flo-Diamond, Inc. with legal interest in the property pursuant to 21 U.S.C. 853(n).

1. The nature and extent of the petitioner's right, title, or interest in the following property:

    17. $1,000.34 seized from Capital One Bank account no. 1372786821
    18. $1,000.34 seized from Capital One Bank account no. 1372786813
    19. $142,995.42 seized from Capital One Bank account no. 1360715015
    20. $49,080.58 seized from Capital One Bank account no. 1360715031
    53. $84,529.95 seized from Bank of America account no. 446028722267

    These accounts were opened and/or established and titled in names of the entities listed above giving them an interest in the properties ordered forfeited.

2. The time and circumstances of the petitioner's acquisition of the right, title, or interest in the property;

    The properties were acquired for the entities prior to February 2014.

3. Any additional facts or documents supporting the petitioners claim;

    The entities and/or properties were not charged or defendants in the above entitled case. The documents in support of petitioner's claim are in the possession of the United States that were seized pursuant to a search warrants and/or asset seizure warrants executed in this case.

4. The relief sought;

    That the above entitled properties be returned to the petitioners who are innocent third party owners and are entitled to relief from the Court's Order of Forfeiture.

Global Health Therapy Services, Inc.
Global Therapeutic Center, Inc.
Flo-Diamond, Inc.

By: /s/ Florence Bikundi
Florence Bikundi, on behalf of the entities
c/o William Martin, Esquire
Sasha Hodge-Wren, Esquire
1500 K. Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 739-9600
Fax:    (202) 465-8427

## VERIFICATION

I declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that I am authorized on behalf of the entities to make/file this petition.

Global Health Therapy Services, Inc.
Global Therapeutic Center, Inc.
Flo-Diamond, Inc.

By: /s/ Florence Bikundi
Florence Bikundi, on behalf of the entities

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __30th__ day of __June__, 2016, I sent by regular mail and/or electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher Brown, AUSA
United States Attorney's Office
for the District of Columbia
Asset Forfeiture and Money Laundering Section
555 Fourth Street, NW, Room 4814
Washington, DC 20530

_____
Florence Bikundi, on behalf of the entities