**FILED**
APR 5 - 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 14-CR-00030-1 (BAH) |
| FLORENCE BIKUNDI, | : |
| Defendant | : |

### FINAL ORDER OF FORFEITURE

*WHEREAS*, the Indictment, ECF No. 44, provided notice to the defendant Florence Bikundi, pursuant to Rule 32.2(a), that the government will seek the forfeiture of property as part of any sentence in accordance with the applicable statutes;

*WHEREAS*, on November 12, 2015, a jury returned a verdict of guilty against the defendant for Count One of the Indictment charging Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349; Count Two charging Health Care Fraud, in violation of 18 U.S.C. § 1347; Count Thirteen charging Health Care Fraud, in violation of 18 U.S.C. § 1347; Count Fourteen charging Federal Health Benefit Program Fraud, in violation of 42 U.S.C. § 1320a-7b(a)(3); Count Fifteen charging Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h); and Counts Sixteen through Twenty-Two charging Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i);

*WHEREAS*, this Court entered a Preliminary Order of Forfeiture ("POF"), ECF No. 493, specifically forfeiting an enumerated list of specific properties and imposing a forfeiture money judgment against the defendant;

*WHEREAS*, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A) and 21 U.S.C. § 853(n)(1), the United States published notice of the POF and provided written notice to:

AGLIC/Western National Life Insurance Company; Calson Igwacho, on behalf of C.I. [minor], and S.I. [minor]; Florence Bikundi, on behalf of Global Healthcare, Inc., Flo-Diamond, Inc.; CFC Home Trade & Investment, LLC; Tri-Continental Trade & Development, Inc., Global Therapeutic Center, Inc., Global Health Therapy Services, Inc., R.B. [minor] Living Trust, G.B. [minor], R.B. [minor], C.I. [minor], and S.I. [minor]; JP Morgan Chase; Liberty Life Assurance Company of Boston; Lincoln National Life Insurance Company; McRoy Bikundi; MetLife Investors; Michael Bikundi, on behalf of Global Healthcare, Inc., Flo-Diamond, Inc., CFC Home Trade & Investment, LLC, Tri-Continental Trade & Development, Inc., Global Therapeutic Center, Inc., Global Health Therapy Services, Inc., G.B. [minor], R.B. [minor], McRoy Bikundi, Mike D. Bikundi, Jr., Global Investment Group SARL, and Soremac SARL; Michael L. Smith, on behalf of Mike D. Bikundi, Jr.; Mike D. Bikundi, Jr.; National Life Insurance Company; Paul Toulouse, on behalf of Global Healthcare, Inc.; Pruco Life Insurance Company; Steven Kiersh, on behalf of Global Healthcare, Inc., Flo-Diamond, Inc., CFC Home Trade & Investment, LLC, Tri-Continental Trade & Development, Inc., Global Therapeutic Center, Inc., Global Health Therapy Services, Inc., G.B. [minor], R.B. [minor], McRoy Bikundi, Mike D. Bikundi, Jr., Global Investment Group SARL, and Soremac SARL; SunTrust Banks, Inc.; Tony Miles, on behalf of C.I. [minor], and S.I. [minor]; Wayne Turnage, on behalf of Department of Healthcare Finance, District of Columbia; William Martin, on behalf of Global Healthcare, Inc., Flo-Diamond, Inc., CFC Home Trade & Investment, LLC, Tri-Continental Trade & Development, Inc., Global Therapeutic Center, Inc., Global Health Therapy Services, Inc., R.B. [minor] Living Trust, Mike D. Bikundi, Jr., G.B. [minor], R.B. [minor], C.I. [minor], and S.I. [minor];

***WHEREAS***, on June 30, 2016, third-party petitions were filed by Florence Bikundi on behalf of the minor children R.B. and G.B. and the corporations Global Health Therapy Services,

Inc., Global Therapeutic Center, Inc., Flo-Diamond, Inc., Global Healthcare Inc., CFC Home Trade & Investment, LLC, and Tri-Continental Trade & Development, Inc., ECF Nos. 559, 560, 561 (the "Third-Party Petitions");

*WHEREAS*, this Court dismissed the Third-Party Petitions by Order of January 6, 2017, ECF No. 587;

*WHEREAS*, no other party has filed a petition with the Court claiming an interest in any of the properties subject to forfeiture pursuant to the POF;

*WHEREAS*, the time period for filing a petition under 21 U.S.C. § 853(n)(2) has expired;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the Preliminary Order of Forfeiture previously entered at ECF No. 493, and incorporated herein by reference, is made final as to all third parties.

2. All right, title, and interest in the properties specified in the Preliminary Order of Forfeiture, ECF 493 ("the Forfeited Properties"), is vested in the United States.

3. The United States, pursuant to 21 U.S.C. § 853(n)(7), has clear title to the Forfeited Properties and may warrant good title to any subsequent purchaser or transferee.

4. The United States, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. §§ 853(g)-(h), is authorized to seize and dispose of the Forfeited Properties by sale.

5. Any interest that any third party may have had in the Forfeited Properties is extinguished pursuant to Federal Rule of Criminal Procedure 32.2(c)(2).

6. Any interest that the "Living Trust" in the name of the minor identified as "R.B." and dated January 10, 2014, or any other third party may have had in the real property located at 806 Jennings Mill Drive, Mitchellville, Maryland 20721, more particularly described as Lot 27, in Block B, as shown on Plat entitled, Plat Four, Woodmore at Oak Creek, per Plat Book REP 200 at

Page 59, and recorded among the Land Records of Prince George's County, Maryland (the "Jennings Mill Drive Property"), is extinguished pursuant to Federal Rule of Criminal Procedure 32.2(c)(2).

7. The United States, pursuant to 21 U.S.C. § 853(g), is authorized to evict or remove any person from the Jennings Mill Drive Property in order to effectuate the forfeiture and sale of the property.

8. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 5th day of April, 2017.

BERYL A. HOWELL
Chief Judge, United States District Court
for the District of Columbia